**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CADE ENTERPRISES, L.L.C.** | **CASE NO. 2:22-CV-05003** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON** | **MAGISTRATE JUDGE KAY** |

**FIRST AMENDED AND SUPPLEMENTAL**
**COMPLAINT FOR DAMAGES AND STATUTORY PENALTIES**

NOW INTO COURT through undersigned counsel comes **CADE ENTERPRISES, L.L.C. (named in their insurance policy as CADE ENTERPRISES, INC. d/b/a STORAGE POINTE, hereinafter "CADE)** who respectfully submits this First Amended and Supplemental Complaint for Damages and Statutory Penalties, modifying the original Complaint for Damages and Statutory Penalties ("Original Complaint") as follows:

**I.**

Paragraph 1 of the Original Complaint is hereby replaced with the following:

"1.

Made Defendants herein are:

a. ENDURANCE CORPORATE CAPITAL LIMITED ("ECCL"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in London, England; ECCL was the sole member of Lloyd's of London Syndicate ENH (Syndicate # 5151), subscribing to the Lloyd's of London insurance policy no. SS00165-03 with an eight percent (8.00%) percentage of participation in the policy at the time this suit commenced; the policy was issued in the State of Louisiana; ECCL may be served by

making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

b. RIVERSTONE HOLDINGS LIMITED ("RHL"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in Brighton, England; RHL acquired ECCL and assumed its obligations while this suit was pending and is obligated to Plaintiff to the same extent as ECCL; RHL may be served by making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

c. RIVERSTONE CORPORATE CAPITAL 5 LIMITED ("RCC5L"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in Brighton England; RHL became RCC5L while this suit was pending by either changing its name, or merger, or some other method of which CADE is unaware, and is obligated to Plaintiff to the same extent as ECCL and RHL; RCC5L may be served by making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

d. RIVERSTONE CORPORATE CAPITAL LIMITED ("RCCL"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in Brighton, England; On January 21, 2023, Syndicate 5151's 2020 year of account was reinsured to close into Syndicate 3500 while this suit was pending; The sole member of Syndicate 3500 is RCCL, who is obligated to Plaintiff to the same extent as ECCL, RHL, and RCC5L;

RCCL may be served by making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

e. XL CATLIN INSURANCE COMPANY UK LTD ("XL CATLIN"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in London, England; XL CATLIN subscribed to the Lloyd's of London insurance policy no. SS00165-03 with an twenty-two and seventy-five one-hundredths percent (22.75%) percentage of participation in the policy, outside the context of a Lloyd's syndicate, but is specifically alleged to be included as a member of "Certain Underwriters at Lloyd's, London" since it is an insurance underwriter company participating in the Lloyd's of London insurance market and this policy; XL CATLIN may be served by making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

f. HDI GLOBAL SPECIALTY SE ("HDI GLOBAL"), on information and belief, is a societas Europaea (European society, or company) registered under the corporate law of the European Union and a subject/citizen of Germany, with its principal place of business in Hannover, Germany; HDI GLOBAL subscribed to the Lloyd's of London insurance policy no. SS00165-03 with an twenty-five percent (25.00%) percentage of participation in the policy, outside the context of a Lloyd's syndicate, but is specifically alleged to be included as a member of "Certain Underwriters at Lloyd's, London" since it is an insurance underwriter company participating in the Lloyd's of London insurance market; HDI GLOBAL may be served by making service upon Mendes & Mount, 750 Seventh Avenue, New York, NY 10019-6829;

g. CUMIS SPECIALTY INSURANCE COMPANY, INC. ("CUMIS"), on information and belief, is a corporation organized under the laws of the State of Iowa and a citizen thereof, with its principal place of business in Madison, Wisconsin; CUMIS subscribed to the Lloyd's of London insurance policy no. SS00165-03 with an eight percent (8.00%) percentage of participation in the policy, outside the context of a Lloyd's syndicate, but is specifically alleged to be included as a member of "Certain Underwriters at Lloyd's, London" since it is an insurance underwriter company participating in the Lloyd's of London insurance market; CUMIS SPECIALTY may be served by making service upon CUMIS Specialty Insurance Company, Inc., 5910 Mineral Point Road, Madison, WI 53705;

h. ENDURANCE WORLDWIDE INSURANCE LIMITED ("ENDURANCE"), on information and belief, is a limited company organized under the laws of England and Wales and a subject/citizen thereof, with its principal place of business in London, England; ENDURANCE subscribed to the Lloyd's of London insurance policy no. SS00165-03 with an thirty-two percent (32.00%) percentage of participation in the policy, outside the context of a Lloyd's syndicate, but is specifically alleged to be included as a member of "Certain Underwriters at Lloyd's, London" since it is an insurance underwriter company participating in the Lloyd's of London insurance market; ENDURANCE may be served by making service upon Lloyd's America, Inc., Attention: Legal Department, 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017;

Collectively, the above-referenced Defendants are referred to herein as "Certain Underwriters at Lloyd's, London", "LLOYDS", or "Defendants". All of the Defendants named hereinabove are

sued in their capacities as individual legal entities, and not as representatives of other underwriters not named herein as defendants."

**II.**

Paragraph 3 of the Original Complaint is hereby replaced with the following:

"3.

CADE is a Louisiana limited liability company with its sole member being a citizen of Texas. On information and belief, the LLOYDS defendants are citizens of the United Kingdom, Germany, and Iowa, as set forth in Paragraph 1 herein. There is complete diversity among the parties."

**III.**

Paragraph 4 of the Original Complaint is hereby replaced with the following:

"4.

The amount in controversy between CADE and each party Defendant named herein exceeds $75,000.00 (with respect to each party Defendant)."

**IV.**

All other allegations of the Original Complaint are restated herein in their entirety by reference; however, any reference to "LLOYDS" shall be interpreted to mean "LLOYDS" as defined herein to include only those Defendants named as parties herein.

WHEREFORE, CADE ENTERPRISES, L.L.C. prays that there be judgment in its favor against ENDURANCE CORPORATE CAPITAL LIMITED, RIVERSTONE HOLDINGS LIMITED, RIVERSTONE CORPORATE CAPITAL 5 LIMITED, RIVERSTONE CORPORATE CAPITAL LIMITED, XL CATLIN INSURANCE COMPANY UK LTD, HDI

GLOBAL SPECIALTY SE, CUMIS SPECIALTY INSURANCE COMPANY, INC., AND ENDURANCE WORLDWIDE INSURANCE LIMITED (collectively, "Defendants") as follows:

(1) Finding Defendants liable to CADE ENTERPRISES, L.L.C. for statutory penalties, contractual and extra-contractual damages, attorney's fees, and costs under La. R.S. 22:1892 and/or 22:1973, and awarding the same to CADE ENTERPRISES, L.L.C.;

(2) Awarding CADE ENTERPRISES, L.L.C. special and consequential damages caused by Defendants' breach of their duties of good faith and fair dealing;

(3) For specific damages and consequential damages, including but not limited to diminution in value, penalties and attorney's fees, all costs of these proceedings, and interest from date of judicial demand until paid; and

(4) For any and all other relief that is justified under law and equity.

Respectfully submitted,

LUNDY, LUNDY, SOILEAU & SOUTH, LLP

/s/ Daniel A. Kramer
Matthew E. Lundy (#18988)
T. Houston Middleton, IV (#33281)
Daniel A. Kramer (#34624)
Gary L. Blanchard (#39805)
501 Broad Street (70601)
P.O. Box 3010
Lake Charles, LA 70602-3010
(337) 439-0707 - Telephone
(337) 439-1029 – Facsimile
mlundy@lundylawllp.com
hmiddleton@lundylawllp.com
dkramer@lundylawllp.com
gblanchard@lundylawllp.com

*Attorneys for the Plaintiff, CADE ENTERPRISES, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via the Court's CM/ECF system, which transmitted a copy to all counsel electronically on this 15th day of September, 2023.

/s/ Daniel A. Kramer
Daniel A. Kramer